# WolfBlock LLP

1940 Route 70 East, Suite 200, Cherry Hill, NJ 08003
Tel: (856) 424-8200 ■ Fax: (856) 424-4446 ■ www.WolfBlock.com

April 15, 2008

**VIA FAX (973)645-4549**

The Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Air Sea Int'l Forwarding, Inc. v. Global Imports & Trading, Inc. et als.*
             Civil Action No. 03-cv-268 (PGS)

Dear Judge Sheridan:

    As Your Honor will recall, we represent plaintiff Air Sea International Forwarding in the above-referenced matter.

    As Your Honor stated yesterday, trial is scheduled to begin on Monday, April 21st at 10:00 a.m. I write to respectfully request a short adjournment until 1:30 p.m. that same day. Unfortunately, trial counsel on this matter, Ralph Ferrara, has a business conflict in his schedule for Monday morning, and just a few hours difference in the trial time would avoid any complications and would be greatly appreciated. I have contacted trial counsel for Defendants, Dan Boivin, and he has given his consent for this request.

    Thank you very much for your consideration and attention to this matter.

                                          Respectfully yours,

                                          Morgan L. Zucker
                                          For WolfBlock LLP

cc:    Dan Boivin, Esquire

CHL:408347.1/ATR033-231013

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE

WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC

Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership