UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AIR SEA INTERNATIONAL FORWARDING INC., | : | Civil Action No. 03-cv-268 (PGS) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| GLOBAL IMPORTS and TRADING, INC., et al., | : | |
| Defendants. | : | |

**SHERIDAN, U.S.D.J.**

WHEREAS, this matter having been opened to the Court by Defendants David Tank and the various St. Croix corporate entities, motion for summary judgment, and having heard oral argument on April 14, 2008, and the Court having considered the parties' briefs, and supporting papers; and for the reasons set forth on the record; and for good cause shown

IT IS on this 17th day of April, 2008;

**ORDERED** that Defendants' motion for summary judgment is denied in its entirety due to factual disputes in the record that preclude summary judgment.

April 17, 2008

PETER G. SHERIDAN, U.S.D.J.