UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AIR SEA INTERNATIONAL FORWARDING, INC., | Civil Action No. 03-268 (PGS) |
| Plaintiff, | |
| v. | **ORDER** |
| GLOBAL IMPORTS AND TRADING, INC., ET AL., | |
| Defendants. | |

WHEREAS this matter came before the Court on a bench trial, and the Court entered Judgement against defendant David Tank on November 24, 2008. It is hereby ORDERED that this matter is dismissed against all other defendants with prejudice and that this matter is closed.

12/10/08

PETER G. SHERIDAN, U.S.D.J.